IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 06-4128 (SRC) |
| BEVERLY PRESTON RAPPAPORT, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

_____Having considered the United States' motion to reopen the case, the Declaration of Benjamin J. Weir, and for good cause shown, it is:

ORDERED that the Clerk of the Court is directed to reopen the case;

ORDERED that the parties are directed to file any dispositive motions on or before 30 days after entry of this order; and

ORDERED that the Clerk of Court is directed to send a copy of this order to Beverly Rappaport at 54 Abington Avenue, Newark, New Jersey 07104.

Date: December /3, 2010

UNITED STATES DISTRICT JUDGE

4232358.1