<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Civil Action No. 06-4128 (SRC) |
| Plaintiff, : | |
| : | **OPINION & ORDER** |
| v. : | |
| : | |
| BEVERLY PRESTON RAPPAPORT, et al., : | |
| : | |
| Defendants. : | |

**<u>CHESLER</u>**, District Judge

    This matter comes before the Court on Plaintiff's motion for partial summary judgment [docket entry no. 66]. The Court has considered the papers filed by the parties and rules on the written submissions and without oral argument, pursuant to Federal Rule of Civil Procedure 78. For the reasons that follow, the Court will grant the motion for partial summary judgment.

    As much as the Court is sympathetic to Ms. Rappaport, and hopes that the Government will take due account of her extraordinary position, the Court cannot ignore the law. Ms. Rappaport has not effectively opposed the motion. As such, the United States has established a prima facie case and the motion is therefore granted.

    For these reasons,

    **IT IS** on this 22nd day of March, 2011,

      **ORDERED** that Plaintiff's motion for partial summary judgment [docket entry no. 66] is **GRANTED**.

                                                            _s/ Stanley R. Chesler_
                                                         Stanley R. Chesler, U.S.D.J